**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6444**

———————

KEVIN L. CHOICE,

Plaintiff - Appellant,

versus

COZETTE JACOBS; SPRINT TELEPHONE COMPANY,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  David C. Norton, District Judge. (CA-00-1514-0-18BC)

———————

Submitted:  September 6, 2001      Decided:  September 13, 2001

———————

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Kevin L. Choice, Appellant Pro Se.  Terry B. Millar, TERRY B. MILLAR, L.L.C., Rock Hill, South Carolina; Brant Mitchell Laue, ARMSTRONG TEASDALE, L.L.P., Kansas City, Missouri, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin L. Choice, a South Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court accepting the recommendation of the magistrate judge. See Choice v. Jacobs, No. CA-00-1514-0-18BC (D.S.C. Feb. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED